## NETTADOZ ENTERPRISES, Appellant,

v.

## CINTRON BEVERAGE GROUP, LLC, Appellee.

No. 2014–1210.

United States Court of Appeals, Federal Circuit.

Sept. 16, 2014.

Christopher J. Falkowski, Falkowski PLLC, of Novi, Michigan, argued for appellant.

Frank A. Reino, Fisher Zucker, LLC, of Philadelphia, Pennsylvania, argued for appellee. On the brief was Jeffrey Zucker.

CHEN, MAYER, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**